

FILED
VANESSA L. ARMSTRONG, CLERK

SEP 2 0 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

**INDICTMENT**

v.

NO. 3:16 CR-121-DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

**FRANCIS A. CORDERO-ROSARIO**

The Grand Jury charges:

<u>COUNT 1</u>

On or about December 2, 2015, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **FRANCIS A. CORDERO-ROSARIO**, knowingly and intentionally possessed with the intent to distribute, and distributed, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

<u>COUNT 2</u>

On or about December 2, 2015, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **FRANCIS A. CORDERO-ROSARIO**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is,

On or about June 23, 2011, **FRANCIS A. CORDERO-ROSARIO**, was convicted in Hardin County Circuit Court, Elizabethtown, Kentucky, in Case Number 11-CR-00028, of first-degree possession of a controlled substance;

knowingly possessed, in and affecting commerce, a firearm, that is, a Hi-Point, Model JCP 40

S&W, .40 caliber pistol, bearing serial number X711046.

In violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(2).

The Grand Jury further charges:

### COUNT 3

On or about December 7, 2015, in the Western District of Kentucky, Hardin County,

Kentucky, the defendant, **FRANCIS A. CORDERO-ROSARIO**, knowingly and intentionally

possessed with the intent to distribute, and distributed, a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, as defined by Title 21, United

States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 4

On or about December 7, 2016, in the Western District of Kentucky, Hardin County,

Kentucky, the defendant, **FRANCIS A. CORDERO-ROSARIO**, being a person who had been

convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that

is,

On or about June 23, 2011, **FRANCIS A. CORDERO-ROSARIO**, was convicted in Hardin County Circuit Court, Elizabethtown, Kentucky, in Case Number 11-CR-00028, of first-degree possession of a controlled substance;

knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, Model PT709, 9 millimeter pistol, bearing serial number TEN69471.

In violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(2).

The Grand Jury further charges:

### COUNT 5

On or about December 11, 2015, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **FRANCIS A. CORDERO-ROSARIO**, knowingly and intentionally possessed with the intent to distribute, and distributed, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Counts 1, 3 and 5 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **FRANCIS A. CORDERO-ROSARIO**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Furthermore, as a result of committing offenses in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 2 and 4 of this Indictment, felonies punishable by

imprisonment for more than one year, the defendant, **FRANCIS A. CORDERO-ROSARIO**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to, a Hi-Point, Model JCP 40 S&W, .40 caliber pistol, bearing serial number X711046, and a Taurus, Model PT709, 9 millimeter pistol, bearing serial number TEN69471

A TRUE BILL.

FOREPERSON

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:twd:ls:09/20/16

UNITED STATES OF AMERICA v. **FRANCIS A. CORDERO-ROSARIO**

### P E N A L T I E S

Counts 1, 3 & 5:  NM 20 yrs./$1,000,000/both/NL 3 yrs./NM Life Supervised Release (each count)
               (with one prior conviction: NM 30 yrs./$2,000,000/both/NL 6 yrs./NM Life Supervised Release)
Counts 2 & 4:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

### N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |  |
|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

### RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

### APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

### PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

|   |   |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT

Western  District  of  Kentucky
Louisville Division

## THE UNITED STATES OF AMERICA

vs.

### FRANCIS A. CORDERO-ROSARIO

## INDICTMENT

**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C);
Title 18 U.S.C. §§ 922(g)(1); 924(a)(2):
Possession with the Intent to Distribute and
Distribution of Cocaine; Felon in Possession of
Firearms.**

*A true bill.*

_____
*Foreman*

*Filed in open court this 20th day, of September, A.D. 2016.*

_____
*Clerk*

*Bail, $*

_____



FILED
VANESSA L. ARMSTRONG, CLERK

SEP 2 0 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY