

# Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-121-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 9/20/2016 12:38:03 PM
Transaction ID: 5090

[Request New Judge]  [Return]