

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP 20 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                           CRIMINAL ACTION NO.: 3:16CR-121-DJH

FRANCIS A. CORDERO-ROSARIO                                  DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Thomas W. Dyke hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

Thomas W. Dyke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX:   (502) 582-5067