UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA             PLAINTIFF

vs.             CRIMINAL ACTION NO. 3:16CR-121-DJH

FRANCIS A. CORDERO-ROSARIO             DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury, charging the above-named defendant with violations of Title 18, United States Code, Section 922(g)(1), and Title 21, United States Code, Section 841(a)(1), is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 20th day of September, 2016.

_____
Honorable Colin H. Lindsay
United States Magistrate Judge

ENTERED
SEP 20 2016
VANESSA L. ARMSTRONG
BY: _____ DEPUTY CLERK