# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                           **PLAINTIFF**

**VS.**                                                  **CRIMINAL ACTION NUMBER: 3:16CR-121-DJH**

**FRANCIS A. CORDERO-ROSARIO**                                                   **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on October 20, 2016 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Thomas W. Dyke, Assistant United States Attorney |
| For the defendant: | Defendant, Francis A. Cordero-Rosario - Present and in custody |
| Court Reporter: | Digitally Recorded |

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant to be indigent. The Office of the Federal Defender having a conflict in this matter, the Court appointed Patrick J. Renn from the Criminal Justice Act attorney panel to represent the defendant.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **Friday, October 21, 2016 at 2:00 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further orders of the Court.

This 20th day of October, 2016

                                            **ENTERED BY ORDER OF THE COURT:**
                                            **DAVE WHALIN**
                                            **UNITED STATES MAGISTRATE JUDGE**
                                            **VANESSA L. ARMSTRONG, CLERK**
                                            **BY: /s/** *Ashley Henry*
                                            **Ashley Henry - Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

| 0|10 |