

**FILED**
VANESSA L. ARMSTRONG, CLERK
OCT 21 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA          PLAINTIFF

VS.                               NO. 3:16-cr-121-H

Francis A. Cordero-Rosario        DEFENDANT

### WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____  I HEREBY WAIVE my right to a detention hearing.

_____  I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

✓  I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

_____  10/21/2016
DEFENDANT                   Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk