UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                            CRIMINAL ACTION NO.:   3:16CR-121-DJH

FRANCIS A. CORDERO-ROSARIO                                                       DEFENDANT

MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY
*(Electronically filed)*

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by Thomas W. Dyke, Assistant United States Attorney for the Western District of Kentucky, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with possession of a controlled substance with intent to distribute in violation of Title 21, United States Code, Section 841(a), and possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

2. Defendant's arrest in this case followed a lengthy investigation which included the use of sensitive investigative techniques, including the employment of sources to make controlled purchases of contraband.  All of these transactions were memorialized using audio and video recording equipment.  The investigators also prepared written reports regarding these recorded transactions. In accordance with its disclosure obligations under Fed. R. Crim. P. 16, the government intends to produce to defendant and defendant's counsel copies of the recordings and supporting documentation to assist them in evaluating the case.

3. The government requests this Court to direct that the release of any recordings, reports, and other materials that may be turned over in connection with this matter be subject to the conditions set forth in the proposed protective order. The need for a proposed protective order arises from the government's important interest in ensuring the safety of witnesses in this case.

WHEREFORE, the government respectfully moves this Court for an order directing that the audio and video recordings and supporting documentation which are being provided to defendant and defendant's counsel be subject to a protective order as described above. The government also respectfully moves this Court to order that any other recordings, reports, and investigative materials that may subsequently be turned over in connection with this case be subject to the protective order. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order. For the reasons set forth above, the government respectfully requests that this Court enter the proposed protective order.

        Respectfully submitted,

        JOHN E. KUHN, JR.
        United States Attorney

        /S/Thomas W. Dyke
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 582-5911 (phone)
        (502) 582-5912 (fax)

CERTIFICATE OF SERVICE

  On November 15, 2016, I electronically filed this document through the ECF system, which will send notice to all counsel of record.

               s/ Thomas W. Dyke
               Assistant United States Attorney