UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                     Plaintiff,

v.                                                                        Criminal Action No. 3:16-cr-121-DJH

FRANCIS A. CORDERO-ROSARIO,                                                         Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a status conference in this matter on January 5, 2017, with the defendant and the following counsel participating:

    For the United States:    Thomas W. Dyke

    For Defendant Cordero-Rosario:    Patrick J. Renn

The Court and parties discussed the status of the case. The current trial date and deadlines will remain in place.

January 5, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1