

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 0 6 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                         Plaintiff,

v.                                          Criminal Action No. 3:16-cr-121-DJH

FRANCIS CORDERO-ROSARIO,                                          Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived

the right to appeal the sentence I just received from the Court.

June 6, 2017
Date

Defendant's Signature