USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

**DEFENDANT: Cordero-Rosario, Francis A.**
**CASE NUMBER: 3:16-CR-121-1-DJH**

## IMPRISONMENT

FILED
Judgment Page 3 of 8
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

**17 JUN 26  PM 4: 00**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **term of 30 months as to each of Counts 1-5 of the Indictment, which shall run concurrently, for a total term of 30 months.**

☒ The Court recommends to the Bureau of Prisons that the defendant be housed as close to Louisville, Kentucky, as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. / P.M. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ Before 2:00 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

  ☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on **6-21-2017** To **FCI Manchester, Ky**

at **07:50 Am**, with a certified copy of this judgment.

**W. Hutchings, Warden**
UNITED STATES MARSHAL

By **Preston Napier, JSM**
Deputy U.S. Marshal