3:16-CR-121-DJH

October 2, 2019

To whom it may Concern:

I am requesting to the honorable judge to assist in the reincorporation of Francis A. Cordero. = L-0954

I am first requesting that Francis A. Cordero spend Thanksgiving weekend with his family Alberto Cordero at 4007 Cree Dr, Ormond Beach FL 32174.

We have not seen him in more than a year - Last year. Can you assist with this Request.

My son has also recently changed Social worker, and he expresses to me that she adheres to all of her request. However, every time he connects with her there seems to be punative mannerism towards him. He is trying to integrate himself back into society →

Francis A Cordero was living with his uncle Enrique Cordero and she made the decision to return him to the half way house. I am asking that if you approve him, to go back where he was living with his uncle. The Social worker has made any of his attempts virtually impossible for him to make progress and start to live life as close to a normal life as possible. If there are any suggestions please advise. We continue to get any positive support from his social worker Bridgette Masser 502-681-1000

She also refused to give me the contact information needed to request a review.

The address he is requesting to move to is 2265 S. Wilson Road, Radcliff KY 40160

Any and all consideration given to the 2 mentioned request would be greatly appreciated.

Sincerely
Dulce Rosario (Francis A Cordero's mom)

rosariodulce10@gmail.com
4007 Cree Dr.
Ormond FL 32174

Dulce M. Rosario

FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 4 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



NOEMI SANTANA
ALBERTO CORDERO
4007 CREE DRIVE
ORMOND BEACH, FL 32174



Louisville Court House
AHN: Honorable Judge David Hale,
601 W. Broadway
Louisville, KY 40202

FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 4 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY