FILED JS
WESTERN DISTRICT OF KY

19 NOV 15 PM 1:03

Francis Cordero
124 W. Oak St
Louisville, Ky 40102

11-13-19

Honorable Judge
Federal Court
601 W. Broadway
Louisville Ky, 40202

Dear Judge David Hale

I am writting this letter in regards of my situation with my supervise officer, Kelly Welch.
I was put in the Dismas House because i wasent present at my address at the time Kelly came by to visit. I take full responsability for my actions, as for my consequences i agree to waive my hearing with a Judge and come to the Dismas House. (No set amount of days & Time) which i asked multiple times, and all that was told to me by Ms Kelly when i sign the agreement was to find a job & home placement in Jefferson Co.

Every time i ask for an update about my situation Ms.Kelly tells me something that wasent said to do in the agreement, every time i have something positive Ms.Kelly turns me down.

I've been working & also have a place to go to in Jefferson Co., in all honesty your Honor I been dealing with depression & having nervous breakdowns because all Ms.Kelly been doing is lying about getting me out the Dismas House, i have bad anxity i dont know what im doing wrong i've done everything she's (Ms.Kelly) asked me to do. i fear asking her stuff anymore because my anxity & nervous affraid of what she might say or do to me when I havent done nothing wrong.

Ms.Kelly told me she would come to see me once i got to the Dismas House to explain to me what i need it to get, to be able to get out the Dismas House she never came to see i was force to have a meeting with Ms.Kelly & her supervisor because we wasent understanding each other, Ms.Kelly & her supervisor agreed to help me out, and yet i still havent recieved no help on my situation your Honor im to the point where honestly i dont know what else to ask because i fear the outcome of Ms.Kelly

continueously turning me down when I've been positive and doing the right thing.

Is it anyway that I can please have another supervise officer, I don't want no one thats easy or soft on me, but someone thats fair, and understanding of my problems.

Thank you.

Sincerely,
Francis Cordero
*Francis Cordero*