Francis Cordero  
24 W. Oak St.  
Louisville, KY 40203

FILED  
WESTERN DISTRICT OF KY  
19 NOV 15 PM 1:03

The Honorable David Hale  
601 W. Broadway  
Louisville, KY 40202

LOUISVILLE KY 400  
14 NOV 2019 PM 1 L

40202-223899