# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER: 3:16-CR-121-DJH**

**FRANCIS A. CORDERO-ROSARIO**                                                               **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, on October 8, 2020, by video, to conduct an initial appearance on a petition for violation of supervised release.

APPEARANCES
For the United States:     Thomas W. Dyke, Assistant United States Attorney
For the defendant:         Defendant Francis A. Cordero-Rosario - Present by video from the Oldham County Jail
Court Reporter:            Digitally recorded

The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant eligible for appointed counsel. Aaron M. Dyke, Assistant Federal Defender, was present and accepted the appointment.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of his rights.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this matter is scheduled for a combined preliminary revocation and detention hearing on **October 9, 2020 at 2:30 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall remain in custody pending further order of the Court.

This 8th day of October, 2020        **ENTERED BY ORDER OF THE COURT:**

                                     **REGINA S. EDWARDS**
                                     **UNITED STATES MAGISTRATE JUDGE**
                                     **VANESSA L. ARMSTRONG, CLERK**
                                     **BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|15