# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**VS.**                                   **CRIMINAL ACTION NUMBER: 3:16-CR-121-DJH**

**FRANCIS A. CORDERO-ROSARIO**                                        **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 9, 2020 to conduct a combined preliminary revocation and detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Thomas W. Dyke, Assistant United States Attorney |
| For the defendant: | Francis A. Cordero-Rosario – Present by video from the Oldham County Detention Center <br> Aaron M. Dyke, Assistant Federal Defender – Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a preliminary revocation hearing,

**IT IS HEREBY ORDERED** that this case is scheduled for a final revocation hearing on **October 19, 2020 at 2:30 p.m.** before the Honorable David J. Hale, United States District Judge.

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS FURTHER ORDERED** that the defendant remain **DETAINED** pending further order.

This 9th day of October, 2020        **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|15