AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:16CR-121-DJH |
| FRANCIS CORDERO-ROSARIO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRANCIS CODERO-ROSARIO                                                                                          .

Date:    10/13/2020

s/ Aaron M. Dyke
*Attorney's signature*

Aaron M. Dyke
*Printed name and bar number*

629 S. Fourth Avenue
200 Theatre Building
Louisville, KY  40202

*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*