AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Kentucky

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| FRANCIS A. CORDERO-ROSARIO | ) | Case No.  3:16-CR-121-DJH-1 |
| | ) | USM No. 18633-033 |
| | ) | Aaron M. Dyke, Assistant Federal Defender |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 3, 8, 9 and 14   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Committed another crime. | 05/28/2020 |
| 1 | Committed another crime. | 06/03/2020 |
| 3 | Unlawful use of a controlled substance. | 12/30/2019 |
| 3 | Unlawful use of a controlled substance. | 01/16/2020 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0956

Defendant's Year of Birth:   1991

City and State of Defendant's Residence:
Louisville, Kentucky

10/19/2020
Date of Imposition of Judgment

Signature of Judge

David J. Hale, United States District Judge
Name and Title of Judge

Date

Court Reporter: Dena Legg
Time: 00/15

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: FRANCIS A. CORDERO-ROSARIO
CASE NUMBER: 3:16-CR-121-DJH-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Unlawful use of a controlled substance. | 02/19/2020 |
| 3 | Unlawful use of a controlled substance. | 07/14/2020 |
| 3 | Unlawful use of a controlled substance. | 09/10/2020 |
| 8 | Contact with a convicted felon. | 04/19/2019 |
| 9 | Failure to notify probation officer regarding questiioning by law enforcement. | 04/19/2019 |
| 14 | Failure to participate in outpatient drug treatment program. | 08/25/2020 |

Case 3:16-cr-00121-DJH Document 47 Filed 10/23/20 Page 2 of 3 PageID #: 181

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: FRANCIS A. CORDERO-ROSARIO
CASE NUMBER: 3:16-CR-121-DJH-1

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: FRANCIS A. CORDERO-ROSARIO
CASE NUMBER: 3:16-CR-121-DJH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
TWELVE (12) MONTHS and ONE (1) DAY with no supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the Defendant be designated to a facility as close as possible to Orlando, Florida.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL